# United States District Court
## Northern District of Texas
*Dallas Division*

U.S. MARSHALS SERVICE
N/TX DALLAS OFFICE
2013 SEP 11 PM 3: 29

UNITED STATES OF AMERICA

V.

JASON WYNN

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-347-K (1)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest    Jason Wynn

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Securities Fraud; Securities Fraud; Aiding and Abetting

in violation of Title   18; 15; 17; 18

United States Code, Section(s)

371; 78j(b); 78ff; 78j(b) and 78ff; 240.10b-5; 2

2013 SEP 24 PM 1:41
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

DEPUTY CLERK

---

| Karen Mitchell, U.S. District Court Clerk | *Karen Mitchell* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge Jeffrey L Cureton | 9/11/2013        Dallas, TX |
| | Date          Location |

s/ C. Applebee
(By) Deputy Clerk

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||
| ARRESTED BY FBI SA ||
| DATE RECEIVED 9/12/13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/19/13 | RANDAZZ, RYAN | TRANSPORTED TO USMS |
| | | 9336408 |

**COPY**

---

# United States District Court
# Northern District of Texas

*Dallas Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED WARRANT FOR ARREST** |
| V. | |
| JASON WYNN | |
| | CASE NUMBER: 3:13-cr-347-K (1) |

To: The United States Marshal  
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Jason Wynn

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Securities Fraud; Securities Fraud; Aiding and Abetting

in violation of Title   18; 15; 17; 18

United States Code, Section(s)

371; 78j(b); 78ff; 78j(b) and 78ff; 240.10b-5; 2

---

| | |
|---|---|
| Karen Mitchell, U.S. District Court Clerk | *Karen Mitchell* (signature) |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge Jeffrey L Cureton | 9/11/2013           Dallas, TX |
| | Date                Location |

s/ C. Applebee  
(By) Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/12/13 | Ryan Randall  FBI SA | *(signature)* |
| DATE OF ARREST | | |
| 9/19/13 | | |